FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

2009 JAN 30 AM 9: 18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INFORMATION** |
| | ) | |
| v. | ) | Cause No. 1:09-CR- 17 WCL |
| | ) | Violation: 29 U.S.C. § 501(c) |
| JEFFREY C. HARRIS | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about August 2005, and continuing to on or about December 2006, in the Northern District of Indiana,

JEFFREY C. HARRIS,

defendant herein, while an officer of Glass Molders and Plastic, Local Union 285, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization of over $5,000.00;

All in violation of 29 U.S.C. § 501(c).

DAVID CAPP
UNITED STATES ATTORNEY

By:  Lovita Morris King
Assistant U.S. Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN  46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: lovita.morris.king@usdoj.gov